CATHERINE LAUFFER, Respondent, *v.* THOMAS DOWNES, Appellant.

*Lauffer v. Downes*, 181 App. Div. 327, affirmed.

(Argued January 28, 1920; decided February 24, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 11, 1917, affirming a judgment in favor of plaintiff entered upon a verdict in an action for malicious prosecution and false imprisonment. Plaintiff's testimony tended to show that while on her way home with her husband she was without cause arrested by the defendant in a public street of the city of New York, taken to a police station and there charged with soliciting for the purpose of prostitution and locked up over night. The answer denied the material allegations of the complaint and set forth that the defendant was " a police officer of the city of New York and that any and all of the acts complained of by the plaintiff herein were done by this defendant in the performance of his duties as such police officer and were done without malice and with reasonable cause pursuant to law."

*William P. Burr, Corporation Counsel (William B. Carswell* of counsel) *for appellant.*

*Charles A. Oberwager* and *Benjamin Krauss* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.